NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID P. GESSERT,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3115

---

Petition for review of the Merit Systems Protection Board in case no. DC0752090149-I-2.

---

## ON MOTION

---

## O R D E R

David P. Gessert moves for oral argument

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for oral argument is deferred for consideration by the merits panel assigned to hear the case.

(2) A copy of this order shall be transmitted to the merits panel.

FOR THE COURT

__NOV   1 2010__                          /s/ Jan Horbaly
          Date                            Jan Horbaly
                                          Clerk

cc:  Matthew C. Mousley, Esq.
     Calvin Morrow, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 1 2010

JAN HORBALY
     CLERK